**[Dodefmap]** [Adversary Order Abating Motion for Deficiencies]

ORDERED.

**Dated: May 24, 2019**

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:18−bk−01136−PMG |
| John Anton Fricks | Chapter 7 |
| _____Debtor*_____/ | |
| TG Atlantic | |
| Plaintiff* | |
| | Adv. Pro. No. 3:18−ap−00094−PMG |
| vs. | |
| John Anton Fricks | |
| _____Defendant*_____/ | |

### ORDER ABATING MOTION FOR SUMMARY JUDGMENT

THIS CASE came on for consideration, without hearing, of the Motion for Summary Judgment (the "Motion ") (Doc. No. 30 ) filed by the Plaintiff . After review, the Court determines that the Motion is deficient as follows:

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number when applicable, for the Court. Local Rule 2002−4.

Accordingly, it is

**ORDERED:**

Consideration of the Motion for Summary Judgment is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.